# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **WIKESHIRE IP LLC,**  Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:22-cv-00445-VAC ) ) |
| **TRANSCORE LP,**  Defendants. | ) ) ) ) **JURY TRIAL DEMANDED** ) |

## STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by Wikeshire IP LLC that the deadline for Defendant Transcore LP to Answer, Move or otherwise Respond to the Complaint in this action is extended thirty (30) days to May 28, 2022.

April 20, 2022

OF COUNSEL:
**Ramey & Schwaller, LLP**
William P. Ramey, III (pro hac anticipated)
Texas Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone: (713) 426-3923
Facsimile: (832) 900-4941
wramey@rameyfirm.com

CHONG LAW FIRM PA

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (302) 800-1999
Email: chong@chonglawfirm.com

***Attorneys for Wikeshire IP LLC***

SO ORDERED THIS ___ day of April 2022

_____
United States District Judge