IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WIKESHIRE IP LLC, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 1:22-CV-00445-VAC |
| | ) |
| v. | ) |
| | ) |
| TRANSCORE, LP, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND PROPOSED ORDER OF EXTENSION OF TIME FOR
DEFENDANT TRANSCORE, LP TO RESPOND TO PLAINTIFF'S COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their undersigned counsel, and subject to the approval of the Court, that: the date for Defendant TransCore, LP, to answer, move, or otherwise respond to Plaintiff Wikeshire IP LLC's Complaint is hereby extended to June 14, 2022.

**Chong Law Firm PA**

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
(302) 999-9480
chong@chonglawfirm.com

*Attorney for Wikeshire IP LLC*

**Manning Gross + Massenburg LLP**

*/s/ Irina N. Luzhatsky*
Jason A. Cincilla (#4232)
Amaryah K. Bocchino (#4879)
Ryan W. Browning (#4989)
Tye C. Bell (#5309)
Irina N. Luzhatsky (#6052)
1007 North Orange Street, Suite 711
Wilmington, DE 19801
(302) 657-2100
iluzhatsky@mgmlaw.com

**Bradley Arant Boult Cummings LLP**
R. Brandon Bundren *(admitted pro hac vice)*
Stephanie D. Scruggs *(admitted pro hac vice)*
1615 L Street NW, Suite 1350
Washington, DC 20036
*Attorneys for TransCore, LP*

2

IT IS SO ORDERED this ___ day of _____, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE

2